# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

ANDRE MULLER,                          )
                                       )
               Petitioner,             )
                                       )
v.                                     )   Docket Nos.  1:19-cr-00109-NT-1
                                       )                2:25-cv-00332-NT
UNITED STATES OF AMERICA,              )
                                       )
               Respondent.             )


## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 25, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 641) to dismiss without prejudice the Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 637). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive the right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Proceedings for the United States District Courts, and the Petitioner's motion for relief under 28 U.S.C. § 2255 is **DISMISSED** without prejudice. It is further **ORDERED** that no certificate of appealability under Rule 11 of the Rules Governing Section 2255 Proceedings shall issue because there is

no substantial showing of the denial of a constitutional right within the meaning of

28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 18th day of July, 2025.

2